IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CLIFFORD GARDNER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TODD BUSKIRK** | : | NO. 02-3816 |

### O R D E R

AND NOW, this _____ day of June, 2002, upon consideration of the application to proceed <u>in forma pauperis</u> filed in this case, and plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on June 17, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

1. The motion to proceed <u>in forma pauperis</u> is DENIED without prejudice; and

2. The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**

---

1. Plaintiff must get such a statement from any prison in which he was incarcerated during the six-month period from December 17, 2001 to June 17, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.

Case 2:02-cv-03816-RBS   Document 2   Filed 07/11/2002   Page 2 of 2