IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN CLIFFORD GARDNER                    :2:CV-03816

    (PLAINTIFF)                          :

    vs.                                  :

                                         :

TODD BUSKIRK                             :

    (Defendant)                          :

**O R D E R**


AND NOW, this    day of    , 2002 upon consideration of defendant's Motion for

Summary Judgment, and the attached Certificate of Counsel that plaintiff's Motion is unopposed,

said Motion is granted and plaintiff's Complaint is dismissed with prejudice.


BY THE COURT:


_____
                         J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN CLIFFORD GARDNER                    :2:CV-03816

    (PLAINTIFF)                                      :

    vs.                                                    :

                                        :

TODD BUSKIRK                                        :

    (Defendant)                                     :

**CERTIFICATE OF COUNSEL THAT DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT IS UNOPPOSED**

       Defendant, Todd Buskirk by and through his counsel, David P. Karamessinis, Esquire of

the law firm of Devlin and Devine files the within Certificate of Counsel and avers as follows:

       1.      On November 20, 2002, defense counsel filed a Motion for Summary Judgment in

the above-captioned matter.

       2.      On November 21, 2002, plaintiff John Clifford Gardner sent a letter to counsel for

the defendant, advising that he wished to dismiss the case, and apologizing for filing the suit.

(See Exhibit "A").

       3.      In light of the attached Exhibit "A," counsel for the defendant avers that his

Motion for Summary Judgment is unopposed and requests this Court to dismiss plaintiff's

2

Complaint with prejudice.

DEVLIN AND DEVINE


By: _____
    David P. Karamessinis, Esquire
    Attorney for Defendant,
    Todd Buskirk

    100 West Elm Street, Suite 200
    Conshohocken, PA  19428
    610-397-4635

Date:  _____

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN CLIFFORD GARDNER        :2:CV-03816

    (PLAINTIFF)                              :

    vs.                                     :

                                           :

TODD BUSKIRK                          :

    (Defendant)                        :

## **CERTIFICATE OF SERVICE**

      I hereby certify that service of a true and correct copy of the enclosed

Defendant, Todd Buskirk's Certificate of Counsel was sent to plaintiff, John Clifford Gardner (pro

se) at his last known address on  November 27, 2002 by United States first-class mail, postage pre-

paid.

John Clifford Gardner
1600 Hanover Avenue
Allentown, PA  18109

                                DEVLIN AND DEVINE

                          By:   _____
                                    David P. Karamessinis, Esquire
                                    Attorney for Defendant,
                                    Warden Todd  Buskirk

                                    Suite 200, 100 West Elm Street
                                    Conshohocken, PA  19428
                                    610-397-4635

Date:  _____